| | | | |
|---|---|---|---|
| Boyce and Sayer v. Carpet Plus 2016 MT 258N | DA 16-0034 Affirmed | 10/11/16 | Dist. 4 (Missoula) |
| Larson v. State 2016 MT 259N | DA 15-0790 Affirmed | 10/11/16 | Dist. 7 (Dawson) |
| Orcutt v. State 2016 MT 260N | DA 15-0648 Affirmed | 10/11/16 | Dist. 7 (Dawson) |
| Morrison v. Lester | OP 16-0586 Denied | 10/11/16 | Original Proceeding Habeas Corpus |
| Belanus v. State 2016 MT 262N | DA 14-0782 Affirmed | 10/18/16 | Dist. 1 (Lewis and Clark) |
| Estate of Sullivan 2016 MT 263N | DA 15-0793 Affirmed | 10/18/16 | Dist. 4 (Missoula) |
| State v. Shull 2016 MT 264N | DA 15-0347 Affirmed | 10/18/16 | Dist. 11 (Flathead) |
| Tummarello v. DPHHS 2016 MT 265N | DA 15-0378 Affirmed | 10/18/16 | Dist. 1 (Lewis and Clark) |
| Mahoney v. Kirkegard | OP 16-0389 Granted in Part | 10/18/16 | Original Proceeding Habeas Corpus |
| Buckles v. 7th Judicial Court | OP 16-0517 Denied | 10/18/16 | Original Proceeding Supervisory Control |
| MacGregor v. 1st Judicial Dist. | OP 16-0542 Denied | 10/18/16 | Original Proceeding Mandamus |
| Chyatte v. Kirkegard 2016 MT 273N | DA 16-0069 Affirmed | 10/25/16 | Dist. 1 (Lewis and Clark) |
| Estate of Johnson 2016 MT 274N | DA 16-0118 Affirmed | 10/25/16 | Dist. 1 (Lewis and Clark) |
| State v. Nauman 2016 MT 275N | DA 14-0812 Affirmed | 10/25/16 | Dist. 11 (Flathead) |